# United States District Court
## Eastern District of California

FILED
OCT - 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES OF AMERICA
v.
**AYO MOTLEY**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:02CR00168-001**

Linda Harter, Assistant Federal Defender
801 "I" Street, Third Floor
Sacramento, California 95814
Defendant's Attorney

## THE DEFENDANT:
[✔] admitted guilt to violation of charge(s) 1, 2, as alleged in the violation petition filed on September 12, 2006.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Use of Controlled Substance (Marijuana) | 07/10/2006, 07/17/2006, 07/21/2006, 07/25/2006, 08/07/2006, |
| 2 | Failure to Report for Scheduled Drug Treatment | 08/14/06 08/20/06 08/21/06 |

The court: [ ] revokes: [ ] modifies: [✔] continues under same conditions of supervision heretofore ordered on  December 10, 2002 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔] Charge 3 is dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 3, 2006
Date of Imposition of Sentence

/s/ Signature of Judicial Officer

**LAWRENCE K. KARLTON**, United States District Judge
Name & Title of Judicial Officer

10/3/06
Date

CASE NUMBER:     2:02CR00168-001                                                                                  Judgment - Page 2 of 2
DEFENDANT:       AYO MOTLEY

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in 90 day residential drug treatment under existing order.